# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEREZ, Warden, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 14-2421-CJC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 24, 2017

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE